L. B. POWELL v. THE STATE.

No. 6676. Decided March 22, 1922.

**Intoxicating Liquor—Possession—Amendment to Law—Sale.**

Under the amendment to the so-called Dean Act, it is necessary to allege and prove that possession of intoxicating liquor was for the purpose of sale.

Appeal from the District Court of Young. Tried below before the Honorable H. F. Weldon.

Appeal from a conviction of unlawful possession of intoxicating liquor; penalty, one and one-half years imprisonment in the penitentiary.

91 T. C.—23

The opinion states the case.

*Brown & Graham,* for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

HAWKINS, JUDGE.—Conviction was for possessing intoxicating liquor. Punishment one and one-half years in the penitentiary.

Acts of the thirty-seventh Legislature, First and Second Called Sessions, page 233, so amended the prohibition law as to make it no longer an offense to have possession of intoxicating liquor unless had for the purpose of sale. Under many decisions of the court heretofore rendered construing the effect of the amendment it is necessary to allege and prove that possession of intoxicating liquor was for the purpose of sale, and such allegation not appearing in the indictment in the instant case it becomes necessary to reverse the judgment of the trial court and dismiss the prosecution under the present indictment.

*Reversed and dismissed.*